Memorandum. The judgments appealed from should be affirmed. Each of these defendants was tried and adjudicated a youthful offender (Code Grim. Pro., pt. VI, tit. VII-B) prior to May 20, 1968, the date on which the United States Supreme Court handed down its decision in
 
 Duncan
 
 v.
 
 Louisiana
 
 (391 U. S. 145). Since the court later held that that decision was to be given
 
 “
 
 only prospective application”
 
 (De Stefano
 
 v.
 
 Woods,
 
 392 U. S. 631, 633), we do not reach the question whether the Sixth Amendment of the Federal Constitution requires that the right to trial by jury be accorded to persons who are proceeded against as youthful offenders. (Cf. Code Crim. Pro., § 913-g, subd. 3; § 913-h.)
 

 Chief Judge Fuld and Judges Burke, Scileppi, Bergan, B'reitel and Jasen concur; Judge Keating taking no part.
 

 In each case: Judgment affirmed in a memorandum.